**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 13-11341

ABDLMOUHAYMEN DRAK AL-SIBAI,

    Defendant.
                                                /

**JUDGMENT**

In accordance with the court's "Findings of Fact and Conclusions of Law Pursuant to Rule 52(a)" dated June 5th, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff United States of America. Dated at Detroit, Michigan, this 5th day of June 2014.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                <u>s/ Lisa Wagner</u>
                                          By: Lisa Wagner, Case Manager
                                              to Judge Robert H. Cleland